No. 02–5314. SHARP v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5315. MORENO RAMOS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–5316. MONTFORD v. MIAMI-DADE COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5317. PERRY v. HUFFMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5318. CROW v. WACKENHUT ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–5319. ERICKSON v. IMMIGRATION AND NATURALIZATION SERVICE (two judgments). C. A. 11th Cir. Certiorari denied.

No. 02–5320. COUCH v. BURGESS ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–5322. CONNER v. HEAD, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 02–5323. WILLIAMS v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 02–5324. AFRASA v. DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5325. SIERS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–5326. HENDERSON v. TORRES ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–5327. PAREDES-GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5328. THOMAS v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.